# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**JORGE GUTIERREZ CAMACHO,**<br><br>Defendant. | No. 2:09CR00224-WBS-2 |

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

Attorney, Saji Vettiyil, Vettiyil & Associates, P.C., 571 N. Grand Avenue, Nogales, Arizona 85621-1135, telephone: 520-281-1394, facsimile: 520-281-1396, E-mail: vettiyilandassociates@yahoo.com , having filed a "Motion for Admission *Pro Hac Vice*" and the Court having reviewed and considered the same,

**IT IS ORDERED** granting said motion and Attorney Vettiyil is admitted pro hac vice for purposes of representing Defendant, Jorge Gutierrez Camacho, in the above-entitled and numbered cause.

DATED: July 8, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE