**Michael R. McDonnell**
**LAW OFFICE OF McDONNELL & KENT, INC.**
418 East La Habra Boulevard
La Habra, California 90631
Telephone:  (562) 694-3827
Facsimile:   (562) 694-4380
Email:          mike@mcdonnellandkent.com

**Saji Vettiyil, Esq., ABN 14284**
**VETTIYIL & ASSOCIATES, P.C.**
571 North Grand Avenue
Nogales, Arizona 85621-2710
Telephone:  (520) 281-1394
Facsimile:   (520) 281-1396
Email:          vettiyilandassociates@yahoo.com

**Attorneys for Defendant Jorge Gutierrez Camacho**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09CR00224-WBS-2 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER FOR STIPULATION TO** |
| ) | **CONTINUE STATUS CONFERENCE** |
| JORGE GUTIERREZ CAMACHO, et al., ) | |
| ) | |
| Defendants. ) | |

IT IS HEREBY ORDERED, that the Status Conference set for July 26, 2010 is continued to August 23, 2010 at 8:30 a.m. as to all defendants.

Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial.

-1-

Accordingly, time under the Speedy Trial Act shall be excluded under **TITLE 18 UNITED STATES CODE, §3161(H)(8)(B)(IV); LOCAL CODE T4 (REASONABLE TIME TO PREPARE)** up to and including August 23, 2010.

IT IS SO ORDERED

Date:  July 23, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE